NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD HERBERT,  )
)
       Appellant,  )
)
v.  )       Case No. 2D18-3601
)
STATE OF FLORIDA,  )
)
       Appellee.  )
_____)

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Lee E. Haworth,
Judge.


PER CURIAM.

       Affirmed.  See § 938.30, Fla. Stat. (2018).


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM,JJ., Concur.